IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GROVER LEROY POWERS, #145268, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:13-CV-403-WKW ) |
| ROBERT BENTLEY, Governor of Alabama, and Kim Tobia Thomas, Commissioner of Alabama Department of Corrections, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

On July 29, 2013, the Magistrate Judge filed a Report and Recommendation (Doc. # 13) regarding Plaintiff's 42 U.S.C. § 1983 complaint. Plaintiff has filed no timely objections. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation (Doc. # 13) is ADOPTED;

2. The action is DISMISSED without prejudice for Mr. Powers's failure to provide the court with necessary financial information in compliance with the orders of the court;

3. Mr. Powers's motion for class certification (Doc. # 6) is DENIED as moot.

A separate judgment shall issue.

DONE this 26th day of August, 2013.

                                             /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE